

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-13-00751-CR

Roland S. **PERKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5082
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to April 10, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court